```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**ARVEST BANK OF ROGERS**                                   **PLAINTIFF**

      v.        Civil No. 09-5223

**TCI BENTONVILLE, INC.;**
**TRANSCONTINENTAL REALTY**
**INVESTORS, INC.; and ONE**
**REALCO LAND HOLDINGS, INC.**                              **DEFENDANTS**

### JUDGMENT

Now on this 14th day of March, 2011, for reasons set forth in a Memorandum Opinion of even date herewith, the Court enters Judgment as follows:

**IT IS ORDERED** that Arvest Bank of Rogers have and receive judgment against TCI Bentonville, Inc., and Transcontinental Realty Investors, Inc., jointly and severally, in the sum of Three Million Four Hundred Forty-One Thousand Six Hundred Thirty-Four and 62/100 Dollars ($3,441,634.62), with interest thereon at the rate of .25% per annum until paid.

**IT IS FURTHER ORDERED** that if this Judgment be not paid within ten (10) days from the date set forth above, the United States Marshal for the Western District of Arkansas shall conduct a judicial sale, according to law, of the following described real property in Benton County, Arkansas:

> THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER AND THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 15, TOWNSHIP 19 NORTH, RANGE 31 WEST, BENTON COUNTY, ARKANSAS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS TO-WIT: BEGINNING AT THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 15; THENCE NORTH 01 DEGREES, 08 MINUTES, 40

SECONDS EAST, ALONG THE WEST LINE OF SAID SE 1/4 OF THE SW 1/4, 1,317.22 FEET TO THE NORTHWEST CORNER OF SAID SE 1/4 OF THE SW 1/4 OF SAID SECTION 15; THENCE SOUTH 89 DEGREES, 11 MINUTES, 25 SECONDS EAST, 2,624.41 FEET TO THE NORTHEAST CORNER OF SAID SW 1/4 OF THE SE 1/4 OF SAID SECTION 15; THENCE SOUTH 00 DEGREES, 43 MINUTES, 06 SECONDS WEST, ALONG THE EAST LINE OF SAID SW 1/4 OF THE SE 1/4, 1,322.80 FEET TO THE SE CORNER OF SAID SW 1/4 OF THE SE 1/4 OF SAID SECTION 15; THENCE NORTH 89 DEGREES, 04 MINUTES, 06 SECONDS WEST, ALONG THE SOUTH LINE OF SAID SW 1/4 OF THE SE 1/4, 1,315.28 FEET TO THE SOUTHWEST CORNER OF SAID SW 1/4 OF THE SE 1/4 OF SAID SECTION 15; THENCE CONTINUE NORTH 89 DEGREES, 04 MINUTES, 06 SECONDS WEST, ALONG THE SOUTH LINE OF SAID SE 1/4 OF THE SW 1/4 A DISTANCE OF 1,318.94 FEET TO THE POINT OF BEGINNING, SUBJECT TO ANY EASEMENTS AND/OR RIGHT-OF-WAY, OF RECORD, IF ANY,

less and except the following:

PART OF THE SW 1/4 OF THE SE 1/4 OF SECTION 15, TOWNSHIP 19 N, RANGE 31 W, DESCRIBED AS BEGINNING AT THE NE CORNER OF SAID SW 1/4 OF THE SE 1/4 THENCE WEST 290'; THENCE SOUTH 300'; THENCE EAST 290'; THENCE NORTH 300' TO THE POINT OF BEGINNING CONSISTING OF 2 ACRES, MORE OR LESS.

**IT IS FURTHER ORDERED** that proceeds of this sale be applied first to the costs of sale; second to satisfaction of this Judgment; and third, to the interests of TCI Bentonville, Inc., Transcontinental Realty Investors, Inc., and One Realco Land Holdings, Inc., as they may appear.

**IT IS FURTHER ORDERED** that upon sale of the above-described real property, all rights, title, interest, estate, and legal or equitable right to redeem of TCI Bentonville, Inc., and Transcontinental Realty Investors, Inc., and any and all persons claiming under them, will be foreclosed and forever barred.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction

of this matter, until such time as satisfaction of this Judgment may be entered, or until final sale of the above-described real property may be conducted and the proceeds distributed.

**IT IS SO ORDERED.**

           /s/ Jimm Larry Hendren
           **JIMM LARRY HENDREN**
           **UNITED STATES DISTRICT COURT**